170 A.3d 348

JEFFREY A. MUELLER, AND SUZANNE MUELLER, HIS WIFE, PLAINTIFFS–CROSS–RESPONDENTS, v. SOMERSET HILLS TOWING, JASON HAGG, BRIDGEPORT SPEEDWAY, AND HOFFMAN MOTORSPORT PROMOTIONS, LLC, DEFENDANTS, AND WILLIAM DEGUILO, DEFENDANT–CROSS–PETITIONER, AND BRIDGEPORT SPEEDWAY, LLC, THIRD–PARTY PLAINTIFF, v. TRI-STATE RACE SAVER SPRINT CAR SERIES, THIRD–PARTY DEFENDANT.

September 11, 2017

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–005628–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is denied, with costs.